## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF PENNSYLVANIA
## CIVIL ACTION - LAW

RICHARD RESTIFO                 : NO.  02-CV-2673

     vs.                              :

BARBARA BRITTINGHAM        : ATTORNEY I.D. NO.  34388

## ENTRY OF APPEARANCE AND ACCEPTANCE OF SERVICE

TO THE CLERK:

       Please enter my appearance for the Defendant, Barbara Brittingham.  I hereby accept service of the Complaint which has been filed by Plaintiff.

                            BEGLEY, CARLIN & MANDIO, LLP

Date:   May 14, 2002              By:_____
                              Douglas C. Maloney, Esquire
                              Attorney I.D. NO. 34388
                              Attorney for Defendant, Barbara Brittingham
                              P.O. Box 308
                              Langhorne, PA 19047
                              215-750-0110

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of Entry of Appearance and Acceptance of Service was sent via first class mail to the following:


Joseph Restifo, Esquire
844 County Line Road
Bryn Mawr, PA 19010

Carl L. Lindsay, Jr., Esquire
11 East Bridge Street
P.O. Box 60
New Hope, PA  18938


_____
DOUGLAS C.  MALONEY, ESQUIRE

Dated: _____