:\FORMS\

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RICHARD RESTIFO                                         CIVIL ACTION

    v.

BARBARA BRITTINGHAM

               02-2673

**O R D E R**

  AND NOW, this 11TH day of JUNE, 2002, it is Ordered that this matter is **SCHEDULED** for a RULE 16 conference in chambers before the Honorable J. Curtis Joyner, on **JUNE 20, 2002** at **10:00AM** in Room 8TH FLOOR - room 8613. (Court Room Deputy 267-299-7419)

PS: If counsel is not available at this time and wish to reschedule or set up a telephone conference - that party shall contact the Deputy Clerk and coordinate a new date and time for all parties.
Plaintiff is to notify all parties of this conference.

ATTEST:          or  BY THE COURT

BY: ANGELA J. MICKIE
   Deputy Clerk      Judge

Civ 12 (9/83)