**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

```
RICHARD RESTIFO            : CIVIL ACTION
                           :
     vs.                   :
                           : NO. 02-CV-2673
BARBARA BRITTINGHAM        :
```

<u>**ORDER**</u>

AND NOW, this            day of January, 2003, upon consideration of the parties' request to extend the Scheduling Order deadlines and following telephone conference call with the parties, it is hereby ORDERED that the request is GRANTED and the deadlines established in this Court's Scheduling Order of October 22, 2002 are EXTENDED for a period of thirty (30) days.  <u>See</u>, <u>e.g.</u>, Fed.R.Civ.P. 6(b).

BY THE COURT:

_____
J. CURTIS JOYNER,        J.