W:\FORMS\

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

RESTIFO                    :        CIVIL ACTION

      v.                     :

BRITTINGHAM                 :        NO. 02-CV-2673


## ORDER


AND NOW, this 9th day of MARCH, 2003, it is Ordered
that this matter is scheduled for a NON JURY TRIAL on May 19,
2003 at 10:00 a.m. before the Honorable J. Curtis Joyner in
Courtroom 8B - 8th floor.  ALL PARTIES SHALL BE READY TO BEGIN
TRIAL ON THIS DAY - NO CONTINUANCES SHALL BE GRANTED - OR THIS
MATTER WILL BE DISMISSED.



ATTEST:                    or     BY THE COURT:



BY:   ANGELA J. MICKIE            _____
          Deputy Clerk                      Judge


**Civ 12 (9/83)**