```
W:\FORMS\
```

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| RICHARD RESTIFO | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | | |
| BARBARA BRITTINGHAM | : | NO. 02-2673 |

### **NOTICE**

      AND NOW, this 8th day of APRIL, 2003, this matter is scheduled for a  - STATUS telephone conference to be held on Wednesday, April 16, 2003 at 11:00 a.m. with Plaintiff, defense counsel and the Honorable J. Curtis Joyner.  Chambers to initiate the call.

cc: Richard Restifo
    Douglas C. Maloney, Esq. (Via fax)
    Joseph Restifo, Esq. (Via fax)

ATTEST:                                   or     BY THE COURT

BY: __ADRIENNE MANN__                     _____
    For Angela Mickie                                Judge
    Deputy Clerk

Civ 12 (9/83)