IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
RICHARD RESTIFO              : CIVIL ACTION
                             :
    vs.                      :
                             : NO. 02-CV-2673
BARBARA BRITTINGHAM          :
```

## ORDER

AND NOW, this            day of April, 2003, upon consideration of the Plaintiff's Motion to Defer Case indefinitely and following telephone conference call with the parties, it is hereby ORDERED that the Motion is DENIED and trial of this matter is hereby scheduled to commence before the undersigned on Monday, June 16, 2003 at 9:30 a.m. in Courtroom 8B of the United States Courthouse.

BY THE COURT:

_____
J. CURTIS JOYNER,        J.